# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 1:07-00230-001-WS |
| | ) | |
| TERRENCE JAMES DUNLAP | ) | |

## **ORDER**

For good cause shown and pursuant to the provisions of Fed.R.Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS nunc pro tunc the judgment which was entered in the above styled action on January 30, 2009, to read as follows:

**Page 6: The defendant shall forfeit the defendant's interest in the following property to the United States pursuant to Count Four of the Indictment: (1) approximately $2,810.00 in United States currency seized from the defendant on September 1, 2006; (2) a 2000 Infiniti Q45 passenger car, VIN# JNKBY31A9YM302402; (3) a 1996 Saturn passenger car, VIN# 1G8ZE1289T1385649; and (4) a 1968 Oldsmobile Cutlass passenger car, VIN#336779M153102.**

All other provisions of the original sentence are reimposed.

DONE and ORDERED this 9th day of February, 2009.

    s/ WILLIAM H. STEELE
    UNITED STATES DISTRICT JUDGE